IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00508-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY WILLIAM BELL,

    Defendant.

---

## GOVERNMENT'S MOTION FOR DEPARTURE

---

The United States of America, by and through Assistant United States Attorneys Suneeta Hazra and Thomas M. O'Rourke, moves the court pursuant to United States Sentencing Guidelines Section 5K1.1 to depart downward approximately 25 percent from the otherwise applicable advisory sentencing guidelines range as determined by the court.

As grounds for this motion, the government states as follows:

1. This case began on December 5, 2012, when the defendant Gregory William Bell appeared voluntarily before a magistrate judge and waived his right to have the matter presented to a grand jury. That allowed the government to file an Information, which charged Mr. Bell with four felony offenses, all of which he committed while acting as an officer of New Frontier Bank in Greeley, Colorado. The defendant pleaded guilty to the four charges on February 5, 2013. All of this occurred pursuant to a plea agreement. *See* doc. 11.

2. Prior to the filing of the Information, Mr. Bell on several occasions met voluntarily with government representatives, who interviewed him about the conduct underlying the charges and about other events that occurred before and after New Frontier Bank closed in April 2009. The government found Mr. Bell to be candid and truthful during the interviews and to be complete in his answers.

3. In addition, the defendant, acting at the direction of federal agents, on several occasions talked with a target of a related, ongoing investigation. He did so during telephone conversations and in face-to-face meetings, and he allowed the conversations to be recorded. Those conversations and meetings corroborated what had been suggested by independently-gathered evidence and what Mr. Bell had said during the interviews with government representatives.

4. The conversations and meetings and the information that the defendant provided during the interviews have substantially assisted the government in the ongoing investigation. (Because the investigation is not complete, the government has not provided more details about Mr. Bell's cooperation. If the court wishes, the government will provide additional information in a pleading under seal.)

The government moves, therefore, that in sentencing the defendant Gregory William Bell the court depart downward by approximately 25 percent from the advisory range of imprisonment as determined by the court. If, for example, the court concludes that the range is 51 to 63 months, *see* doc. 11 at 24, the government would recommend a departure to a range of 37 to 46 months. (The government reached those numbers

by multiplying 51 and 63 by 0.75, which results in 38.25 and 47.25, respectively. The nearest range is 37 to 46 months. *See* U.S.S.G. Ch. 5, Pt. A.)

JOHN F. WALSH
United States Attorney


By: s/ *Suneeta Hazra*
Suneeta Hazra
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Facsimile: 303-454-0402
E-mail: suneeta.hazra@usdoj.gov
Attorney for the United States


By: s/ *Thomas M. O'Rourke*
Thomas M. O'Rourke
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0209
Facsimile: 303-454-0402
E-mail: thomas.o'rourke@usdoj.gov
Attorney for the United States

CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of April 2013, I electronically filed the foregoing GOVERNMENT'S MOTION FOR DEPARTURE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Saskia A. Jordan, Esq.
    sjordan@hmflaw.com

                        *s/ Diana Brown*
                        DIANA BROWN
                        Legal Assistant
                        United States Attorney's Office
                        1225 17th Street, Suite 700
                        Denver, Colorado 80202
                        Telephone: 303-454-0358
                        Facsimile: 303-454-0402
                        E-mail: Diana.Brown@usdoj.gov